UNITED STATES DISTRICT COURT
~~WESTERN DISTRICT OF ARKANSAS~~
EASTERN DISTRICT OF WISCONSIN     NOV 18 2019

WILLIAM LEE GRANT II
        PLAINTIFF

v

CENTRAL INTELLIGENCE AGENCY
+ SPECIAL COLLECTION SERVICE
        DEFENDANTS

FEDERAL QUESTION
28 USC 1331

WHAT ARE THE RAMIF-
ICATIONS OF THE DoD
KEEPING MR. GRANT IN
ILLINOIS FOR NEARLY
THIRTY (30) YEARS UNDER
THREAT OF MILITARY
FORCE?

## CIVIL LIBERTIES COMPLAINT

① DISTRICT COURT HAS JURISDICTION PURSUANT TO: 28 USC 1391(b)(3); 28 USC 1331; 42 USC 1983; 42 USC 1985(3); AND 28 USC 1346(b)(1).

② MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

③ THE STATE OF ILLINOIS AND U.S. DEPARTMENT (DoD) OF DEFENSE DO NOT HAVE SOVEREIGN IMMUNITY PURSUANT TO: 42 USC 1983 AND 42 USC 1985(3).

④ THE STATE OF ILLINOIS WAIVED SOVEREIGN IMMUNITY BY CONSENTING TO 16-CV-3245 AND 17-CV-3262 BEING REMOVED TO THE ILLINOIS CENTRAL DISTRICT FROM THE SEVENTH CIRCUIT OF ILLINOIS.

①

5) TWENTY-ONE FEDERAL COURTS HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE:

28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii);
28 USC 1915(e)(2)(B)(iii). OR

6) THE COMMANDER-IN-CHIEF (RONALD REAGAN) DIRECTED THE SECRETARY OF DEFENSE TO CREATE MR. GRANT TO PREDICT FUTURE NUCLEAR ATTACKS.

7) THE OFFICE OF THE SECRETARY OF DEFENSE CREATED MR. GRANT AT AIR FORCE SYSTEMS COMMAND IN OHIO IN 1990, AND THEN TRANSFERRED MR. GRANT TO THE BASEMENT OF THE PENTAGON.

8) THE OFFICE OF THE SECRETARY OF DEFENSE USED "THE LAWYERS" FROM JOINT SPECIAL OPERATIONS COMMAND (JSOC) TO ENGINEER MR. GRANT'S LIFE TO GIVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

9) THE OFFICE OF THE SECRETARY OF DEFENSE "DROPPED-OFF" MR. GRANT IN SPRINGFIELD, ILLINOIS IN 1992 WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE: BEATEN; ENDURE PSYCHOLOGICAL WARFARE; AND TO BE THE DoD'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

11) GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO ILLEGALLY SURVEIL MR. GRANT THROUGH THE ILCD U.S. ATTORNEY'S OFFICE.

2

12) GREGORY K. HARRIS BRIBED MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT TO GREGORY K. HARRIS.

13) GREGORY K. HARRIS DIRECTED MR. GRANT'S DENTISTS AND ORTHODONTIST TO DRILL THE ENAMEL OFF MR. GRANT'S TEETH.

14) GREGORY K. HARRIS DIRECTED MR. GRANT'S OPTOMETRIST TO GIVE MR. GRANT AN INCORRECT PRESCRIPTION LENSE TO DIMINISH MR. GRANT'S VISION.

15) IN 2002, MR. GRANT WAS FORCED TO STAB DR. GRANT, OR THE OFFICE OF THE SECRETARY OF DEFENSE WOULD HAVE SENT SOMEONE TO KILL DR. BILL GRANT.

16) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

17) MR. GRANT WAS FORCED TO "ACT GAY" FOR EIGHT (8) YEARS, OR THE OFFICE OF THE SECRETARY OF DEFENSE WOULD HAVE SENT SOMEONE TO RAPE MR. GRANT.

18) MR. GRANT WAS FORCED TO "ACT GAY" FROM DECEMBER 9, 2008 UNTIL 2016.

19) IN 2009, THE DoD, GREGORY K. HARRIS, AND THE ILLINOIS STATE POLICE (ISP) "SET-UP" MR. GRANT FOR A DRIVING UNDER THE INFLUENCE (DUI) CHARGE TO "STRIP" MR. GRANT OF HIS DRIVER'S LICENSE.

20) ISP TROOPER TYLER PRICE "STOPPED" MR. GRANT FOR AN ALLEGED IMPROPER LANE CHANGE

3

~~# ILLINOIS ST~~  ISP TROOPER TYLER PRICE

21) FAILED TO OBTAIN A WARRANT TO DRAW MR. GRANT'S BLOOD, AND FAILED TO MIRANDIZE MR. GRANT.

22) ISP TROOPER TYLER PRICE ISSUED MULTIPLE DUI TICKETS TO MR. GRANT STEMMING FROM ONE 2009 TRAFFIC STOP.

23) THE SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE FILED MULTIPLE DUI CASES AGAINST MR. GRANT STEMMING FROM ONE 2009 TRAFFIC STOP.

24) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

25) MR. GRANT WAS SOBER.

26) MR. GRANT WAS HIRED BY THE STATE OF ILLINOIS IN 2011 TO GIVE CAUSE FOR THE ILLINOIS ATTORNEY GENERAL TO APPEAR IN COURT.

27) DEIRDRE 'D.K.' HIRNER MADE AN AGREEMENT WITH THE DoD IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE.

28) ANN L. SCHNEIDER MADE AN AGREEMENT WITH THE DoD IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE.

29) D.K. HIRNER (CHIEF OF STAFF) HIRED MR. GRANT IN 2011 AS A POLICY ANALYST IN THE OFFICE OF THE ILLINOIS LIEUTENANT GOVERNOR.

30) ANN L. SCHNEIDER (SECRETARY) HIRED MR. GRANT IN 2012 AS A STAFF ASSISTANT WITH THE ILLINOIS DEPARTMENT OF TRANSPORTATION (2012).

4

31) MR. GRANT WAS RETALIATED AGAINST FOR FILING AN ETHICS COMPLAINT AND A CIVIL RIGHTS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012.

32) MR. GRANT ENDURED A HOSTILE WORK ENVIRONMENT, SLANDER, WORK PRODUCTS BEING SABOTAGED, GEOGRAPHIC RELOCATION, A PROMOTION BEING REVOKED, NEGATIVE PERFORMANCE EVALUATIONS, AND BEING ASSIGNED JOB TASKS BELOW MR. GRANT'S PAY GRADE.

33) IN NOVEMBER 2014, MR. GRANT TRANSFERRED FROM THE IDOT TO THE ILLINOIS GOVERNOR'S OFFICE.

34) IN DECEMBER 2014, THE ILLINOIS GOVERNOR'S OFFICE FAILED TO ADD MR. GRANT TO PAYROLL.

35) IN 2015, MR. GRANT WAS WRONGFULLY DENIED FEDERAL UNEMPLOYMENT BENEFITS BY THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY.

36) IN 2015, MR. GRANT FOUND HIMSELF BLACKLISTED.

37) OF ILLINOIS GAVE CAUSE FOR MR. GRANT TO APPEAR IN COURT. THE ACTIONS OF THE STATE

38) THE DoD STOLE NEARLY THIRTY (30) YEARS OF MR. GRANT'S LIFE TO BRING THIS ACTION.

39) DONALD RUMSFELD GAVE A "STAND DOWN" ORDER ON 9/11 WITH THE CONSENT OF BUSH AND CHENEY.

40) THE OFFICE OF THE SECRETARY OF DEFENSE SAID DONALD RUMSFELD WAS AT AN AIR BASE, AND GAVE A "STAND DOWN" ORDER.

41) DONALD RUMSFELD WAS AT THE PENTAGON ON 9/11, AND GAVE "A STAND DOWN" ORDER.

42) DICK CHENEY LOBBIED FOR THE INVASION OF IRAQ TO GENERATE PROFITS FOR HALLIBURTON.

43) DICK CHENEY MADE $100 MILLION FROM HIS HALLIBURTON STOCK DUE TO THE WAR IN IRAQ.

44) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM EMANUEL WORKED IN THE CLINTON WHITE HOUSE.

45) BRUCE RAUNER ASSISTED RAHM EMANUEL IN MAKING $14 MILLION IN THREE YEARS UPON LEAVING THE CLINTON WHITE HOUSE.

46) BRUCE RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS OF DOLLARS THROUGH DoD INFORMATION TECHNOLOGY CONTRACTS.

47) HILLARY RODHAM CLINTON KILLED VINCE FOSTER.

48) HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS FROM THE PRIVATE PRISON INDUSTRY.

49) HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT THE AMBASSADOR FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

50) BILL CLINTON FIRED FEDERAL BUREAU OF INVESTIGATION DIRECTOR WILLIAM S. SESSIONS TO CONCEAL THE MURDER OF VINCE FOSTER.

51) BILL CLINTON IS A SERIAL RAPIST.

52) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON AND BERNARD EPTON.

53) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

54) RICHARD M. DALEY SANCTIONED THE TORTURING OF AFRICAN-AMERICANS IN COOK COUNTY (IL) TO ELICIT COERCED WRONGFUL CONFESSIONS.

55) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY CONCEAL THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON AND BERNARD EPTON.

56) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ALLOW THOMPSON TO WIN THE ILLINOIS GUBERNATORIAL ELECTION AS A REPUBLICAN.

57) PHILIP MOUNTBATTEN "ORDERED" THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5.

58) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

59) THE CENTRAL INTELLIGENCE AGENCY ORCHESTRATED THE ARAB SPRING.

(7)

60) THE CENTRAL INTELLIGENCE AGENCY KILLED JOHN F. KENNEDY.

```
[PRESCOTT BUSH]
      ↓
[ALLEN DULLES]
      ↓
[LYNDON B. JOHNSON]
```

E. HOWARD HUNT'S 2003 CONFESSION IS VALID. HUNT'S BODY WAS FAILING, BUT HIS MIND WAS SOUND.

61) COURTNEY LOVE KILLED KURT COBAIN.

62) O.J. SIMPSON KILLED NICOLE ~~BROWN~~ BROWN-SIMPSON AND RONALD GOLDMAN.

63) LOUIS FARRAKHAN KILLED MALCOLM X.

64) MARION HUGH "SUGE" KNIGHT JR. KILLED CHRISTOPHER "BIGGIE SMALLS" WALLACE.

65) SUGE KNIGHT JR. BRIBED THE LOS ANGELES POLICE DEPARTMENT TO CONCEAL ~~~~ SUGE'S ROLE IN THE MURDER OF BIGGIE SMALLS.

66) ALAN D. BRENTS AND LARISSA M. YOUNG SEXUALLY ASSAULTED MR. GRANT IN 2003 AT THE DIRECTION OF GREGORY K. HARRIS.

67) THOMAS W. COATS AND JUSTIN CAJINDOS SEXUALLY ASSAULTED MR. GRANT IN 2014 AT THE DIRECTION OF GREGORY K. HARRIS.

⑧

68) GREGORY K. HARRIS RECRUITED (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON TO ILLEGALLY SURVEIL AND CONSPIRE AGAINST MR. GRANT.

69) GREGORY K. HARRIS RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL AND CONSPIRE AGAINST MR. GRANT.

70) CHRIS CHRISTIE WAS COMPLICIT IN THE FORT LEE LANE CLOSURES.

71) THE ILLINOIS ATTORNEY GENERAL FAILED TO DENY MR. GRANT'S ALLEGATIONS IN THE ILLINOIS COURT OF CLAIMS (18CC0946 + 18CC1057).

72) THE ILLINOIS ATTORNEY GENERAL FAILED TO DENY MR. GRANT'S ALLEGATIONS IN THE SEVENTH CIRCUIT OF ILLINOIS (17-MR-754).

73) THE ILLINOIS CENTRAL DISTRICT HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

74) MR. GRANT'S WITNESSES

MICHAEL J MADIGAN
JESSE WHITE
EMIL JONES
BARACK H. OBAMA

*[signature]* 11/15/2019
WILLIAM LEE GRANT II
902 WYTHE ROAD
SPRINGFIELD, IL 62702
(217) 726-5269

9

75) OPERATION: HOMETOWN GLORY IS A SPECIAL COLLECTION SERVICE (U.S. DEPARTMENT OF DEFENSE) HUMAN INTELLIGENCE DOMESTIC BLACK OPERATION RUN UNDER THE BANNER OF THE U.S. DEPARTMENT OF JUSTICE.

76) THE SPECIAL COLLECTION SERVICE IS A "JOINT" CIA AND NATIONAL SECURITY AGENCY PROGRAM.

77) THE CIA IS LIABLE FOR THE ACTIONS OF THE SPECIAL COLLECTION SERVICE.

78) OPERATION: HOMETOWN GLORY HAS BEEN DESIGNATED A SPECIAL COLLECTION SERVICE PROGRAM.

79) THE OFFICE OF THE SECRETARY OF DEFENSE HAS COMMAND AUTHORITY OF THE DOD AND NATIONAL SECURITY AGENCY.

80) MR. GRANT SEEKS $99 TRILLION IN DAMAGES.

81) HENRY KISSINGER IS A WAR CRIMINAL FOR HIS ROLE IN THE VIETNAM WAR, CAMBODIA, CHILE, AND ARGENTINA.

82) THE CIA TRIANGULATED AGAINST THE DOD TO USE THE DOD TO ACHIEVE THE CIA's MANDATE TO CONTAIN COMMUNISM IN SOUTHEAST ASIA.

83) RES JUDICATA IS NOT APPLICABLE, THE ILLINOIS ATTORNEY GENERAL AND DOJ DID NOT ANSWER MR. GRANT'S ALLEGATIONS IN 16-CV-3245 AND 17-CV-3262. THE COMPLAINT HAS NOT BEEN DECIDED ON ITS MERITS.

10

84) MR. GRANT BEGAN HIS LAWSUIT IN MAY OF 2016 IN THE ILCD WITHIN THE STATUTE OF LIMITATIONS.

85) EASTERN DISTRICT OF VIRGINIA JUDGES: ANTHONY J. TRENGA (18-CV-543); LEONIE M. BRINKEMA (18-CV-449); ROBERT E. PAYNE (18-CV-369); AND LIAM O'GRADY (18-CV-1328) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

86) DISTRICT OF COLUMBIA JUDGES: TANYA S. CHUTKAN (17-CV-1434); JAMES E. BOASBERG (18-CV-1162); RUDOLPH CONTRERAS (18-CV-1805 + 18-CV-1806); AND CHRISTOPHER R. COOPER (18-CV-1804) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

87) DISTRICT OF MARYLAND JUDGES: GEORGE L. RUSSELL III (18-CV-1327 + 19-CV-2265) AND PAULA XINIS (18-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

88) THOMAS W. COATS HAS A SMALL PENIS. TOM HOPPER DOES NOT.

11

89) SHAWN CARTER IS THE BEST BIG BROTHER A KID COULD ASK FOR.

90) ALAN D. BRENTS IS THE WORST BIG BROTHER THE PENTAGON COULD FIND FOR MR. GRANT.

91) STEVE JOBS HAS A LARGE PENIS. STEVE JOBS HAS AN ASHTON KUTCHER SIZE PENIS.

92) TONY BLAIR SAID, "ENGLAND'S NOT DOWN. IT'S IN. ENGLAND IS NEVER DOWN."

93) FREDDIE STROMA IS THE SAME SIZE AS TOM HOPPER.

94) CLETIA BOWEN IS A B*TCH.

95) THE JOINT CHIEFS OF STAFF SAID "J. LIGHTFOOT IS A REAL C*NT."

96) THE DoD "HACKED" MR. GRANT'S CELLULAR PHONE AND COMPUTER. THE DoD KEPT MR. GRANT UNDER SATELLITE SURVEILLANCE FOR MORE THAN TWENTY-FOUR (24) YEARS.

97) THE ILLEGAL SURVEILLANCE OF MR. GRANT IS A VIOLATION OF MR. GRANT'S U.S. CONST. AMEND IV RIGHT.

98) GREGORY K. HARRIS UNDERMINING MR. GRANT'S LEGAL DEFENSES, AND BEING CHARGED WITH MULTIPLE DUIs IS A VIOLATION OF MR. GRANT'S U.S. CONST. AMEND V RIGHT.

99) THE DoD DETAINING MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS TO BRING THIS ACTION IS A VIOLATION OF MR. GRANT'S U.S. CONST. AMEND XIII RIGHT.

100) THE DoD AND STATE OF ILLINOIS DEPRIVED MR. GRANT OF HIS RIGHTS (12) AS A U.S. CITIZEN IN VIOLATION OF HIS U.S. CONST. AMEND XIV RIGHT.

11/15/19